McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Frank A. Toddre, II
Nevada Bar No. 11474
  frank.toddre@mccormickbarstow.com
Henry H. Kim
Nevada Bar No. 14390
  henry.kim@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

*Attorneys for Defendant*
*GEICO Advantage Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MORIEL R. SHARP,<br><br>           Plaintiff,<br><br>    v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>           Defendants. | Case No. 2:22-cv-00946-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:22-cv-00946-JCM-EJY
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Moriel R. Sharp v. GEICO</u>
Case No. 2:22-cv-00946-JCM-EJY

Each party will bear their own costs and attorney's fees.

Dated: November 17, 2022

HANRATTY LAW GROUP

By: _____
Kevin M. Hanratty, Esq.
Nevada Bar No. 7734
1815 Village Center Circle, Ste. 140
Las Vegas, NV 89134
Attorney for Plaintiff Moriel R. Sharp

Dated: November 28th, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Henry H Kim
Nevada Bar No. 14390
Attorneys for Defendant GEICO Advantage Insurance Company

**ORDER**

**IT IS SO ORDERED.**

DATED November 28, 2022.

_____
UNITED STATES DISTRICT JUDGE

8737086.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                                Case No. 2:22-cv-00946-JCM-EJY
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE